**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7491**

TONY TURNAGE,

                    Plaintiff - Appellant,

          v.

JEROME LACORTE, Chief Attn.; OFFICE OF THE PUBLIC DEFENDER,
District One - Balto. City; SCOTT WHITNEY, Chief Attn.;
OFFICE OF THE PUBLIC DEFENDER, Collateral Review Division,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Ellen Lipton Hollander, District Judge.
(1:12-cv-02214-ELH)

Submitted:  February 26, 2013      Decided:  February 28, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Turnage, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Turnage appeals the district court's orders dismissing under 28 U.S.C. § 1915(e)(2)(B) (2006) his 42 U.S.C. § 1983 (2006) complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Turnage v. LaCorte, No. 1:12-cv-02214-ELH (D. Md. Aug. 7 & 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED